Seltzer v Altman (2026 NY Slip Op 00928)

Seltzer v Altman

2026 NY Slip Op 00928

Decided on February 18, 2026

Appellate Division, Second Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided on February 18, 2026
SUPREME COURT OF THE STATE OF NEW YORK
Appellate Division, Second Judicial Department

VALERIE BRATHWAITE NELSON, J.P.
HELEN VOUTSINAS
JANICE A. TAYLOR
DONNA-MARIE E. GOLIA, JJ.

2020-08476
 (Index No. 12735/11)

[*1]Debra Seltzer, respondent, 
vCharles Altman, appellant.

Charles Altman, Rye, NY, appellant pro se.

DECISION & ORDER
In an action for a divorce and ancillary relief, the defendant appeals from an order of the Supreme Court, Westchester County (Nancy Quinn Koba, J.), dated March 11, 2020. The order, insofar as appealed from, granted that branch of the plaintiff's cross-motion which was pursuant to CPLR 3126 for discovery sanctions to the extent of directing the defendant to pay the plaintiff's counsel the sum of $2,500 and conditionally precluding the defendant from offering certain evidence at trial unless he complied with certain discovery demands on or before March 24, 2020.
ORDERED that the appeal is dismissed, without costs or disbursements.
The appeal from the order must be dismissed because the right of direct appeal therefrom terminated with the entry of the judgment of divorce in the action (see Matter of Aho , 39 NY2d 241, 248).
BRATHWAITE NELSON, J.P., VOUTSINAS, TAYLOR and GOLIA, JJ., concur.
ENTER:
Darrell M. Joseph
Clerk of the Court